U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 7 2010

CLERK, U.S. DISTRICT COURT
By _____
         Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

BURRELL JOHNSON, JR., 241395,  )
        Plaintiff,  )
          )
v.  )    No. 3:10-CV-804-B
          )
ROSIE M. JACKSON,  )
        Defendant.  )

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this 7th day of June, 2010.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE